UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICIA AHRENS, individually and as TRUSEE OF PATRICIA AHRENS REVOCABLE LIVING TRUST dated April 4, 2007, </br></br>　　　　　Plaintiff, </br>　v. </br></br>SWINBURNE & JACKSON LLP, </br></br>　　　　Defendant-Third Party </br>　　　　Plaintiff-Debtor, </br>　v. </br></br>NICHOLAS WAYNE BORUSIEWICH and BORSUIEWICH & COLE PC, </br></br>　　　　Third Party Defendants- </br>　　　　Debtors, </br></br>CAMICO MUTUAL INSURANCE CO., </br></br>　　　　Garnishee. | No. 4:15-cv-00130-JAR |

## MEMORANDUM AND ORDER

Following a teleconference with the parties' counsel,

**IT IS HEREBY ORDERED**, consistent with the direction of the Court during such teleconference, that the Condensed Motion of Noel Sevastianos to Quash Subpoena and for a Protective Order Pursuant to Fed. R. Civ. P. 26(c)(1) (Doc. 118) and the Motion of Nicholas Borusiewich to Quash Subpoena and for a Protective Order Pursuant to Fed. R. Civ. P. 26(c)(1) (Doc. 119) are **GRANTED**, in part, and **DENIED**, in part.

Furthermore, the discovery issues raised by the parties' position papers (Docs. 122, 123) have been resolved by agreement of the parties.

Dated this 25th day of August, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE